# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**  17-56708

**Case Name**  Daniella Slater, et al v. Shannon Deasey, et al

**Hearing Location** (*city*)  Pasadena

**Your Name**  Dale K. Galipo

List the sitting dates for the three sitting months you were asked to review:

> May 13-17, 2019 - Preferred
> June 3-7, 2019
> July 8-12, 2019

Do you have an unresolvable conflict on any of the above dates?  ◉ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> June 3-7, 2019 I expect to be out of the country for my anniversary.
>
> July 9-12, 2019 Trial begins July 9, 2019 in matter entitled Marcus Vaughn, et al v. City of Los Angeles, et al., case no. 2:16-cv-03086 in the United States District Court, Central District of California.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**  s/ Dale K Galipo  **Date**  Jan 17, 2019

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018